# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| CESSNA SERVICEDIRECT, LLC, a Kansas limited liability company, )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>UAML AIR CHARTER SERVICES, INC., a Delaware corporation, and UNITED BANK FOR AFRICA, PLC, a foreign professional liability corporation, )<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 6:13-CV-1408-Orl-18GJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UAML Air Charter Services, Inc.
c/o: Corporation Service Company, Registered Agent
2711 Centerville Road, Ste. 400
Wilmington, DE 198008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: September 11, 2013

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 05/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| CESSNA SERVICEDIRECT, LLC, a Kansas limited liability company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> UAML AIR CHARTER SERVICES, INC., a Delaware corporation, and UNITED BANK FOR AFRICA, PLC, a foreign professional liability corporation, <br><br> *Defendant(s)* | Civil Action No. 6:13-CV-1408-Orl-18GJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED BANK FOR AFRICA, PLC, a foreign professional liability corporation
1 Rockefeller Plaza (8th Floor)
New York, New York 10020-2005

UNITED BANK FOR AFRICA, PLC, a foreign professional liability corporation
UBA HOUSE, 18th Floor, 57 Marina Street
Lagos, Nigeria

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 11, 2013

_____
*Signature of Clerk or Deputy Clerk*