UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CESSNA SERVICEDIRECT, LLC, a Kansas
limited liability company,

        Plaintiff,

Case No.:  6:13-CV-1408-Orl-18GJK

vs.

UAML AIR CHARTER SERVICES, INC.,
a Delaware corporation, and UNITED BANK
FOR AFRICA, PLC, a foreign professional
liability corporation,

        Defendants.  /

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff CESSNA SERVICEDIRECT, LLC, a Kansas limited liability company,

Pursuant to *Federal Rules of Civil Procedure* 41(a),  hereby gives notice that all claims raised or which could have been raised in the above captioned action are hereby dismissed with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2014, a true and correct copy of the foregoing was served via electronic service upon the following: Jeff Ludwig, Esq., Ludwig and Associates, P.A., 5150 Belfort Road, Building 500, Jacksonville, FL 32256, jludwig@ludwiglaw.net.

    /s/:  Russell K. Dickson, Jr.
    RUSSELL K.DICKSON, JR.
    Florida Bar No. 0198676
    RICHARD W. SMITH
    Florida Bar No. 0013943
    Fisher, Rushmer, Werrenrath, Dickson
    Talley & Dunlap, P.A.
    390 N. Orange Avenue, Suite 2200
    Post Office Box 712
    Orlando, Florida 32802-0712
    (407) 843-2111 (Telephone)
    (407) 422-1080 (Facsimile)
    Primary email:  rdickson@fisherlawfirm.com

Secondary email: mgrubb@fisherlawfirm.com
Trial Counsel for Plaintiff